## STATEMENT OF FACTS

On September 2, 2025, at approximately 21:45 hours, District of Columbia Metropolitan Police Department ("MPD") Officer Ramson (Badge #5047) and members of the DC Safe and Beautiful Task Force, including the Federal Bureau of Investigation, United States Marshals Service, and Homeland Security Investigations, were actively patrolling the area near 108 Atlantic Avenue SE in Washington, DC.

Officer Ramson then observed a black GMC sports utility vehicle ("SUV") with a male occupant in the front driver seat and a female occupant in the front passenger seat. Knowing that prostitution and narcotics are prevalent in this area, Officer Ramson shined a spotlight from his marked patrol vehicle on the SUV. At this point, Officer Ramson observed that both occupants were making furtive movements and appeared to be trying to hide something.

Law enforcement then requested that the two occupants step out of the SUV and provide their pedigree information. MPD officers determined that the female occupant was KAYLA NOELLE SCOTT, a/k/a Alexis Michelle Scott (DOB:            ). The officers further learned that SCOTT had an active warrant out of Stafford County, Virginia (Warrant # 179CR21A0082700 – Failure to Appear for a Probation Violation). SCOTT was then arrested pursuant to the aforementioned warrant. Law enforcement allowed the male occupant, who was the owner of the SUV, to take the vehicle and leave the scene.

Officer Ramson then reviewed the contents of a white bag belonging to SCOTT. This prompted SCOTT to spit at the officer, which ultimately missed him. Officer Ramson then continued to look at the items inside of SCOTT's bag, which prompted SCOTT to spit at him multiple times. These latter acts of spitting hit the officer in his chest and hand area.

On September 3, 2025, at approximately 03:18 hours, your affiant conducted a custodial interview of SCOTT at MPD's First District Station. Prior to beginning the interview, SCOTT was advised of her Miranda rights and acknowledged understanding same both verbally and in writing. SCOTT subsequently stated in part that she spit on the arresting MPD officer twice out of anger during her arrest. SCOTT attributed her anger to the manner in which the arresting officer had searched her white bag and to verbal comments the officer made in her presence. SCOTT further disclosed she spit on the arresting officer because she was handcuffed and unable to do anything else.

As such, your affiant submits that probable cause exists to charge SCOTT with violations of 18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States).

_____
Special Agent Frank D'Amico, Credential #18074
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of September 2025.*

_____
Matthew J. Sharbaugh
UNITED STATES MAGISTRATE JUDGE