

|  |  |
|---|---|
|  | U.S. Department of Justice |
|  | Jeanine Ferris Pirro<br>United States Attorney<br>*District of Columbia* |

*601 D Street NW*
*Washington, D.C. 20530*

September 26, 2025

**VIA EMAIL**

Maria Jacob
Office of the Federal Public Defender
615 Indiana Avenue NW
Washington, DC 20004
maria_jacob@fd.org

        Re:    <u>United States v. Kayla Noelle Scott</u>, Case No. 25-MJ-200 (MJS)

Dear Ms. Jacob:

    Below is a summary of the discovery in the above-captioned case that the government has provided to you to date. If you discover that an item of discovery contains potentially sensitive information or material—such as the personally identifiable information or likeness of a private individual who does not appear related to the criminal conduct in this case—please contact government counsel to discuss before disseminating it.

      **I.**    **Production 1 — September 22, 2025**

    On September 22, 2025, the government disclosed a folder labeled "Scott, Production 1 (9-22-2025)" using the USAfx file-sharing platform. That folder contained the following subfolders and files:

      1.    DISCOVERY PRODUCTION #1 (89B-WF-4128679) - EVIDENCE ITEMS 1A2 & 1D1

          a.    1A2 (SERIAL 4) - Ramson BWC Video
          b.    1D1 (SERIAL 7) - Interview of Scott

      2.    DISCOVERY PRODUCTION #1 (89B-WF-4128679) - SERIALS 1 THRU 4 (INCLUDING 1A EVIDENCE)

          a.    officialRecords

              i.    089B-WF-4128679_0000009
             ii.    089B-WF-4128679_0000010
            iii.    089B-WF-4128679_0000011

    iv.  089B-WF-4128679_0000012
    v.  089B-WF-4128679_0000014
  b.  089B-WF-4128679_0000002_Import
  c.  089B-WF-4128679_0000003_Import
  d.  089B-WF-4128679_0000005_Import
  e.  089B-WF-4128679_0000006_1A0000003_0000001
  f.  089B-WF-4128679_0000006_Import
  g.  089B-WF-4128679_0000009_1A0000005_0000001
  h.  089B-WF-4128679_0000010_1A0000006_0000001
  i.  089B-WF-4128679_0000010_1A0000006_0000002
  j.  089B-WF-4128679_0000010_1A0000006_0000003
  k.  089B-WF-4128679_0000011_1A0000007_0000001
  l.  089B-WF-4128679_0000012_1A0000008_0000001
  m.  089B-WF-4128679_0000014_1A0000010_0000001_Redacted
  n.  089B-WF-4128679_0000014_1A0000010_0000002
  o.  089B-WF-4128679_0000014_1A0000010_0000003
  p.  089B-WF-4128679_0000014_1A0000010_0000004

3. MPD BWC

  a.  FUGITIVE-108_ATLANTIC_ST_SE
  b.  PRISONER_TRANSPORT_-_101_M_ST_SW
  c.  PRISONER_TRANSPORT_-_MARSHALL_BLOCK
  d.  TRANSPORT_-_3900_1ST_ST_SE

4. MPD POLICE REPORTS - (ARREST OF KAYLA N. SCOTT) - RECEIVED 09.09.2025

  a.  MPD POLICE REPORTS & AFFIDAVITS - Combined (CCN 25-134303)
  b.  NOTES - For CCN 25-134303
  c.  PHOTO - KALYA NOELLE SCOTT

5. NCIC & DMV DATABASE CHECKS 0 Kayla N. Scott

  a.  CRIMINAL HISTORY & WARRANT DATABASE CHECK - Kayla N. Scott (Dated 2025.09.02)
  b.  VIRGINIA DMV DATABASE CHECK - Kayla N. Scott (Dated 2025.09.02)
  c.  VIRGINIA DMV PHOTO - Kayla N. Scott

**II. Production 2 — September 26, 2025**

On September 26, 2025, the government disclosed a folder labeled "Scott, Production 2 (9-26-2025)" using the USAfx file-sharing platform. That folder contained the following files:

1. FD302 - Followup Interview of MPD Officer Emilyann Bautista (2025.09.24)
2. FD302 - Followup Interview of MPD Officer Krishna Ramson (2025.09.24)
3. IMPORT - Photograph of Victim (MPD Officer Krishna Ramson)

**Please view or download these items at your earliest convenience. The files shared through USAfx will be automatically deleted forty-five days after their upload date pursuant to USAfx's automated retention policy.**

        Sincerely,

        JEANINE FERRIS PIRRO
        United States Attorney

By:   /s/ *Blake J. Ellison*
        BLAKE J. ELLISON
        Assistant United States Attorney
        TX Bar No. 24117203
        601 D Street NW
        Washington, D.C. 20530
        Phone: 202-436-5921
        blake.ellison@usdoj.gov